UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BIG-D CONSTRUCTION CORP.<br><br>　　　　Plaintiff(s),<br><br>　　　　　vs<br><br>TAKE IT FOR GRANITE TOO, et al.,<br><br>　　　　Defendant(s). | Case # 2:11-CV-621-PMP-PAL<br><br>ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE |

　　　This case is currently stacked on the Trial Calendar of **Tuesday, December 3, 2013,** for a Jury Trial.

　　　**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Peggy A. Leen**　for a settlement conference.

　　　DATED this 20th day of March, 2013.

_____
PHILIP M. PRO, U. S. DISTRICT JUDGE