1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                               DISTRICT OF NEVADA

8                                      * * *

BIG-D CONSTRUCTION CORP.            )
9
            Plaintiff(s),           )
10
                  vs                )       Case # 2:11-CV-621-PMP-PAL
11
TAKE IT FOR GRANITE TOO,            )       ORDER REFERRING CASE FOR
12   et al.,                        )       SETTLEMENT CONFERENCE
                                    )
13          Defendant(s).           )
                                    )

14

15          This case is currently stacked on the Trial Calendar of **Tuesday, December 3, 2013,**

16   for a Jury Trial.

17          **IT IS ORDERED** that this case is hereby referred to Magistrate Judge

18   **Peggy A. Leen**    for a settlement conference.

19          DATED this 20th day of March, 2013.

20

21

22          PHILIP M. PRO, U. S. DISTRICT JUDGE

23

24

25

26

27

28