# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BIG-D CONSTRUCTION CORP.,

              Plaintiff,

vs.

TAKE IT FOR GRANITE TOO, et al.,

              Defendant(s).

Case No. 2:11-cv-00621-PMP-PAL

**ORDER**

Before the court is Defendant Century Surety Company's Motion for New Settlement Conference (Dkt. #97). Based upon the scheduling conflict presented within the motion,

**IT IS ORDERED** that:

1. The Motion for New Settlement Conference (Dkt. #97) is **GRANTED**.
2. The Settlement Conference currently scheduled for June 17, 2013, at 1:30 p.m., before the undersigned, is **VACATED** and **CONTINUED** to **July 18, 2013, at 1:30 p.m.,** in the chambers of United States Magistrate Judge Leen, Room #3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.
3. The deadline for chambers to receive the confidential settlement conference statements, currently due June 10, 2013, is **VACATED** and **CONTINUED** to be received in chambers, Room 3071, not later than **4:00 p.m., July 11, 2013.**
4. All other instructions contained within the original Scheduling Order (#96) shall apply.

Dated this 24th day of April, 2013.

                                                Peggy A. Leen
                                                United States Magistrate Judge