UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BIG-D CONSTRUCTION CORP., | 2:11-CV-00621-PMP-PAL |
| Plaintiff, | |
| vs. | **ORDER** |
| TAKE IT FOR GRANITE TOO, *et al.,* | |
| Defendants. | |

Having read and considered Defendant Century Surety's fully briefed Motion for Reconsideration (Doc. #99), and good cause appearing,

**IT IS ORDERED** that Defendant Century Surety's Motion for Reconsideration (Doc. #99) is **DENIED**.

DATED: July 5, 2013.

_____
PHILIP M. PRO
United States District Judge