UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BIG-D CONSTRUCTION CORP.,<br><br>          Plaintiff,<br><br>v.<br><br>TAKE IT FOR GRANITE TOO, et al.,<br><br>          Defendants. | 2:11-cv-00621-PMP-PAL<br><br>**ORDER** |

IT IS ORDERED that Defendant Take It for Granite Too's Motion for Determination of Good Faith Settlement (Doc. #110) is hereby GRANTED.

DATED:  September 24, 2013

_____
PHILIP M. PRO
United States District Judge